THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00148-MR-DLH

| | |
|---|---|
| RONALD PEYTON and REED SHIPMAN, ) ) ) Plaintiffs, ) ) vs. ) ) ) CONVERGENT OUTSOURCING, INC., ) ) Defendant. ) ) | O R D E R |

**THIS MATTER** is before the Court *sua sponte*.

On June 11, 2014, the Plaintiffs filed this action against the Defendant Convergent Outsourcing, Inc. [Doc. 1]. The Plaintiffs served the Defendant with the Complaint and Summons in this case on June 24, 2014. [See Doc. 6]. On July 16, 2014, the Plaintiffs filed a motion on behalf of the Defendant, seeking to extend the time for the Defendant to answer or otherwise plead to the Complaint. [Doc. 4]. That motion was granted, and the Defendant's deadline for responding to the Complaint was extended to July 30, 2014. [Doc. 5]. To date, however, the Defendant has not made an appearance or otherwise defended this action, and the

Plaintiffs appear to have made no effort to prosecute the action further against the Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiffs shall file an appropriate motion or otherwise take further action with respect to the Defendant. **The Plaintiffs are advised that failure to take further action against the Defendant will result in the dismissal of this case.**

IT IS SO ORDERED.

Signed: September 26, 2014

Martin Reidinger
United States District Judge