# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 1:14cv148

RONALD PEYTON and
REED SHIPMAN,

                         Plaintiffs,

        v.

CONVERGENT OUTSOURCING, INC.,

                         Defendant.

### ORDER

**THIS MATTER** is before the Court in his fiduciary duty to funds received by parties and placed into the Trial Balance of Treasury Registry Fund of this court. On October 17, 2014, Honorable Dennis L. Howell, U.S. Magistrate Judge directed that the Defendant pay $1,000.00 into the registry fund of the Court as bond money pending the filing of an Answer by the Defendant.

Defendant paid the $1,000.00 into the registry fund on October 22, 2014.

The parties resolved this matter and filed a "Stipulation of Dismissal" on November 22, 2014.

THEREFORE, the conditions of the bond having been met, the Clerk will return the $1,000.00 bond money to the Defendant.

**IT IS, THEREFORE, ORDERED,** that the Financial Section of the Clerk of

Court's Office return the $1000.00 bond to the Defendant.

Signed: January 9, 2015

Frank G. Johns, Clerk
United States District Court